IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANIEL FLETCHER                                                                                           PLAINTIFF

v.                                          Case No. 5:14-CV-05342

NURSE RHONDA BRADLEY;
NURSE RHONDA MESCHEDE;
and NURSE PEGGY VICKERY                                                                     DEFENDANTS

## O R D E R

Currently before the Court is the document titled Magistrate Judge's Report and Recommendations (Doc. 35) filed in this case on May 25, 2016, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas, in regard to a motion for summary judgment (Doc. 25) filed by Defendants.  Defendant did not file any objections.  The Court has conducted a *de novo* review as to all specified proposed findings.  28 U.S.C. § 636(b)(1).  The Court finds the Magistrate's reasoning to be sound.

The Court therefore concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

IT IS SO ORDERED this 27th day of September, 2016.

*s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE